IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE<br>1130 17th Street, NW<br>Washington, DC 20036;<br><br>JACKSON HOLE CONSERVATION ALLIANCE<br>685 South Cache Street,<br>Jackson, Wyoming 83001;<br><br>NATIONAL WILDLIFE REFUGE ASSOCIATION<br>1901 Pennsylvania Ave, NW, Suite 407<br>Washington, DC 20006;<br><br>GREATER YELLOWSTONE COALITION<br>13 South Willson, Suite 2<br>Bozeman, Montana 59715;<br><br>WYOMING OUTDOOR COUNCIL<br>262 Lincoln<br>Lander, Wyoming 82520;<br><br>       Plaintiffs,<br><br>  vs.<br><br>DIRK KEMPTHORNE, in his official capacity<br>as Secretary of the Interior; H. DALE HALL, in his<br>official capacity as Director, U.S. Fish and Wildlife<br>Service; STEPHEN GUERTIN, in his official capacity<br>as Regional Director, Region 6, U.S. Fish and Wildlife<br>Service;<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATE

I, the undersigned, counsel of record for Plaintiffs Defenders of Wildlife, Jackson Hole Conservation Alliance, National Wildlife Refuge Association, Greater Yellowstone Coalition, and Wyoming Outdoor Council, certify that to the best of my knowledge and belief, none of the

Plaintiffs have parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public. This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted this 3rd day of June, 2008.

_____
Timothy J. Preso (D.C. Bar # 456531)
tpreso@earthjustice.org
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT 59715
(406) 586-9699
Fax: (406) 586-9695

Sierra B. Weaver (D.C. Bar # 488560)
SWeaver@defenders.org
Defenders of Wildlife
1130 17th Street NW
Washington, D.C. 20036
(202) 682-9400
Fax: (202) 682-1331

Robert Morgan (D.C. Bar # 254565)
rmorgan@refugeassociation.org
National Wildlife Refuge Association
1901 Pennsylvania Ave, NW, Suite 407
Washington, D.C. 20006
(202) 333-9075
Fax: (202) 333-9077