# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
                                )
DEFENDERS OF WILDLIFE, *et al*.,      )
                                )
      Plaintiffs,               )       **PLAINTIFFS' NOTICE OF**
                                )       **ENTRY OF APPEARANCE**
      v.                        )
                                )       Case No. 08-cv-945 (RJL)
DIRK KEMPTHORNE, *et al*.,         )
                                )
      Defendants.            )
_____ )

To the Clerk of this Court and all parties of record:

       Please enter the appearance of Timothy J. Preso as counsel in this case for Plaintiffs

Defenders of Wildlife, Jackson Hole Conservation Alliance, National Wildlife Refuge

Association, Greater Yellowstone Coalition, and Wyoming Outdoor Council.

Dated: June 9, 2008

                                            _____/s/ Timothy J. Preso_____
                                            Timothy J. Preso (D.C. Bar # 456531)
                                            tpreso@earthjustice.org
                                            Earthjustice
                                            209 South Willson Avenue
                                            Bozeman, MT  59715
                                            (406) 586-9699
                                            Fax: (406) 586-9695

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2008, I caused to be served by certified mail

a true and correct copy of the foregoing Notice of Entry of Appearance, along with the Court's

June 9, 2008 Case Management Order, upon the following:

Dirk Kempthorne, Secretary
United States Department of the Interior
1849 C Street NW
Washington, DC 20240

H. Dale Hall, Director
U.S. Fish and Wildlife Service
Main Interior
1849 C Street NW, Room 3012
Washington, DC 20240-0001

Stephen Guertin, Regional Director
U.S. Fish and Wildlife Service
134 Union Blvd.
Lakewood, Colorado 80228

Michael Mukasey, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Jeffrey Taylor, United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


_____/s/ Timothy J. Preso_____
Timothy J. Preso