**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEFENDERS OF WILDLIFE, *et al*., ) | |
| ) | |
| Plaintiffs, ) | **PROOF OF SERVICE** |
| ) | |
| v. ) | |
| ) | Case No. 08-cv-945 (RJL) |
| DIRK KEMPTHORNE, *et al*., ) | |
| ) | |
| Defendants. ) | |

I, Sean M. Helle, hereby certify that on June 5, 2008, I caused to be served a summons and copy of the complaint in this action by placing same in a U.S. mailbox, with first-class, certified, return receipt requested, postage prepaid, addressed to each of the following:

Dirk Kempthorne, Secretary
Department of Interior
1849 C Street, NW
Washington, DC  20240

Dale Hall, Director
US Fish and Wildlife Service
Main Interior
1849 C Street, NW  Room 3012
Washington, DC  20240-0001

Michael Mukasey, Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

Jeffrey Taylor
United States Attorney's Office
555 4th Street NW
Washington, DC  20530

Stephen Guertin
United States Fish and Wildlife Service
134 Union Blvd.
Lakewood, CO  80228

Receipts indicating that each of the defendants has received the summons and complaint have been returned to me.  Attached hereto are the sender's receipts and return receipts for the certified mailings addressed to Dirk Kempthorne [#7007 2560 0002 2921 3277], Dale Hall [#7007 2560 0002 2921 3260], Michael Mukasey [#7007 2560 0002 2921 3284], Jeffrey Taylor [#7007 2560 0002 2921 3307] and Stephen Guertin [#7007 2560 0002 2921 3253].

I declare, under penalty of perjury, that the foregoing is true and correct.  Executed on June 16, 2008.

       /s/ Sean M. Helle
Sean M. Helle (D.C. Bar # 490085)
shelle@earthjustice.org
Earthjustice
209 South Willson Avenue
Bozeman, MT  59715
(406) 586-9699
Fax: (406) 586-9695

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN, MT 59715-9998, JUN 5 2008, USPS

Sent To: DIRK KEMPTHORNE
Street, Apt. No.; or PO Box No.: 1849 C STREET NW
City, State, ZIP+4: WASHINGTON, DC 20240

PS Form 3800, August 2006       See Reverse for Instructions

7007 2560 0002 2921 3277

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIRK KEMPTHORNE, SECRETARY
U.S. DOI
1849 C. STREET NW
WASHINGTON, DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Maybee_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Maybee
C. Date of Delivery: 6-11-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 2921 3277

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN, MT 59715 — JUN 5 2008 — USPS

Sent To: H DALE HALL
Street, Apt. No.; or PO Box No.: 1849 C STREET NW
City, State, ZIP+4: WASHINGTON DC 20240

Article Number: 7007 2560 0002 2921 3260

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   H Dale Hall
   1849 C Street NW, Rm 3012
   Washington DC 20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]     ☒ Agent  ☐ Addressee
B. Received by (Printed Name): A Giles    C. Date of Delivery: 6/11/08
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7007 2560 0002 2921 3260

Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN, MT 59715, JUN 5 2008, USPS

Sent To: MICHAEL MUKASEY
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE NW
City, State, ZIP+4: WASHINGTON, DC 20530

7007 2560 0002 2921 3284

PS Form 3800, August 2006            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Mukasey
US DOJ
950 Pennsylvania Ave NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JUN 11 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0002 2921 3284

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN, MT 59715 — JUN 2008

Sent To: JEFFREY TAYLOR
Street, Apt. No.; or PO Box No.: 555 4th ST. NW
City, State, ZIP+4: WASHINGTON, DC 20530

PS Form 3800, August 2006          See Reverse for Instructions

7007 2560 0002 2921 3307

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Taylor
   US Attorney's Office
   555 4th Street NW
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   JUN 11 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7007 2560 0002 2921 3307

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — BOZEMAN, MT 59715

Sent To: STEPHEN GUERTIN USFWS
Street, Apt. No.; or PO Box No.: 134 UNION BLVD
City, State, ZIP+4: LAKEWOOD, CO 80228

7007 2560 0002 2921 3253

PS Form 3800, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen Guertin, USFWS
   134 Union Blvd.
   Lakewood, CO 80228

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Joe Dumart
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 2560 0002 2921 3253

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2008, I caused to be served a true and correct copy of the foregoing Proof of Service by United States first-class mail, postage prepaid, upon the following:

Dirk Kempthorne, Secretary
United States Department of the Interior
1849 C Street NW
Washington, DC 20240

H. Dale Hall, Director
U.S. Fish and Wildlife Service
Main Interior
1849 C Street NW, Room 3012
Washington, DC 20240-0001

Stephen Guertin, Regional Director
U.S. Fish and Wildlife Service
134 Union Blvd.
Lakewood, Colorado 80228

Michael Mukasey, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Jeffrey Taylor, United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

    /s/ Sean M. Helle
Sean M. Helle