IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*,   )<br>    )<br>    Plaintiffs,   )<br>    )<br>    v.   )<br>    )<br>    )<br>DIRK KEMPTHORNE, *et al.*,   )<br>    )<br>    Defendants.   )<br>    ) | **NOTICE OF ENTRY OF APPEARANCE FOR PLAINTIFF NATIONAL WILDLIFE REFUGE ASS'N**<br>Case No. 08-cv-945 (RJL) |

To the Clerk of this Court and all parties of record:

Please enter the appearance of Robert M. Morgan as co-counsel in this case for Plaintiff National Wildlife Refuge Association.

Dated: August 28, 2008

_____
Robert M. Morgan (DC Bar No. 254-565)
General Counsel
National Wildlife Refuge Ass'n
8010 Riverside Drive
Cabin John, MD 20818-1627
301.466.8915
240.465.0320 (e-fax)
rmorgan@refugeassociation.org