UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDERS OF WILDLIFE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KENNETH L. SALAZAR, in his official ) <br> capacity as Secretary of the Interior, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> STATE OF WYOMING, ) <br> ) <br> Defendant-Intervenor. ) <br> ) | Civil Case No. 08-0945 (RJL) |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion, it is this 26th day of March, 2010, hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment [#24] is **DENIED**; it is further

**ORDERED** that Federal Defendants' Cross Motion for Summary Judgment [#27] and Defendant-Intervenor State of Wyoming's Cross Motion for Summary Judgment [#26] are **GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendants.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge